**Order filed, January 10, 2013.**



In The

# Fourteenth Court of Appeals
———————

## NO. 14-12-01025-CV
———————

**RALPH  DOUGLAS, Appellant**

**V.**

**HONORABLE BRADY G. ELLIOTT, THOMAS R. CULVER, III AND DANIEL R. SKLAR, Appellee**

---

**On Appeal from the 268th District Court
Fort Bend County, Texas
Trial Court Cause No. 12-DCV-200383**

---

## ORDER

The reporter's record in this case was due **December 21, 2012**. *See* Tex. R. App. P. 35.1.  The court has not received a request to extend time for filing the record.  The record has not been filed with the court.  Because the reporter's record has not been filed timely, we issue the following order.

We order **Mindy Hall**, the official court reporter, to file the record in this appeal **within 30 days** of the date of this order.

PER CURIAM